# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## Entry of Appearance and Certificate of Interested Parties

| | |
|---|---|
| SANDY PHILLIPS, individually and as surviving parent of Jessica Ghawi, decedent; LONNIE PHILLIPS, individually and as surviving parent of Jessica Ghawi, decedent,<br><br>      Appellants,<br><br>v.<br><br>LUCKY GUNNER, LLC d/b/a BULKAMMO.COM, THE SPORTSMAN'S GUIDE, BRIAN PLATT, d/b/a/ BTP ARMS, GOLD STRIKE E COMMERCE, LLC, d/b/a/ BULLETPROOFBODYARMORHQ.COM, and JOHN DOES 1 through 10, unknown individuals,<br><br>      Appellees. | Case No. 15-1153 |

    In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for BRIAN PLATT, d/b/a/ BTP ARMS, Appellee, in the subject case.

    Further, in accordance with 10th Cir. R. 46.1, the undersigned certify as follows:

☐   On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

☒   There are no such parties, or any such parties have heretofore been disclosed to the court.

| | |
|---|---|
| Bruce A. Montoya<br>Katherine E. Whitney<br>1430 Wynkoop Street, Suite 300<br>Denver, CO 80202<br>(303) 405-4184<br>bmontoya@messner.com<br>kwhitney@messner.com | Phillip R. Zuber<br>5407 Water Street, Suite 101<br>Upper Marlboro, MD 20772<br>(301) 627-5500<br>pzuber@scblawyers.com |
| */s/ Katherine E. Whitney*_____<br>Signature of Counsel | */s/ Phillip R. Zuber*_____<br>Signature of Counsel |

**A-5**  Entry of Appearance Form 10/09

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on this 7th day of May, 2015 via Tenth Circuit CM/ECF System to:

    Thomas W. Stoever, Jr., Bar No. 25434
    Paul W. Rodney, Bar No. 41951
    Arnold & Porter, LLP
    370 Seventeenth Street, Suite 4400
    Denver, CO 80202-1370
    Telephone: (303) 863-1000
    Thomas.Stoever@aporter.com
    Paul.Rodney@aporter.com
    *Counsel for Appellants*

    Jonathan Lowy
    Kelly Sampson
    Brady Center to Prevent Gun Violence
    840 First Street, NE, Suite 400
    Washington, DC 20002
    jlowy@bradymail.org
    ksampson@bradymail.org
    *Counsel for Appellants*

    Marc Colin
    Bruno, Colin & Lowe, P.C.
    1999 Broadway, Suite 3100
    Denver, Colorado 80202
    (303) 831-1099
    (303) 831-1088 FAX
    MColin@brunolawyers.com
    *Counsel for Appellee Lucky Gunner, LLC*

    Andrew A. Lothson
    James B. Vogts
    Swanson, Martin & Bell, LLP
    330 North Wabash, Suite 3300
    Chicago, IL 60611
    (312) 321-9100
    (312) 321-0990 FAX
    alothson@smbtrials.com
    jvogts@smbtrials.com
    *Counsel for Appellee Lucky Gunner, LLC*

    Peter A. T. Carlson*
    Donald Chance Mark, Jr.*
    Patrick J. Rooney*

    Flagship Corporate Center
    775 Prairie Center Drive, Suite 400
    Eden Prairie, MN 55344
    (952) 995-9500
    peter.carlson@fmjlaw.com
    donald.mark@fmjlaw.com
    patrick.rooney@fmjlaw.com
    *Admitted in Dist. of Colorado
    *Counsel for Appellee The Sportsman's Guide, Inc.*

And by U.S. Mail, postage prepaid, upon the following non-CM/ECF participant:

    Appellee Gold Strike E Commerce LLC
    d/b/a/ BULLETPROOFBODYARMORHQ.COM
    Christopher E. Russell, Agent for Service
    1546 West Vine Ave.

                            */s/ Katherine E. Whitney*_____
                                    (Signature)