## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

### Entry of Appearance and Certificate of Interested Parties

| | |
|---|---|
| SANDY PHILLIPS, ET AL | |
|     Plaintiffs- Appellants | Case No.15-1153 |
| v. | |
| LUCKY GUNNER LLC, ET AL | (D.C. No. 14-CV-02822-RPM) |
|     Defendant-Appellees | |

**INSTRUCTIONS: COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for LUCKY GUNNER LLC, Appellee, in the subject case.

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows: **(Check one.)**

☐     On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

X     There are no such parties, or any such parties have heretofore been disclosed to the court.

                                                    *s/ Marc F. Colin*
                                                    **BRUNO, COLIN & LOWE, P.C.**
                                                    1999 Broadway, Suite 4300
                                                    Denver, CO 80202
                                                    Telephone: (303) 831-1099
                                                    E-Mail Address: mcolin@brunolawyers.com

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on this 7th day of May, 2015 via the court's CM/ECF system to:

| | |
|---|---|
| Paul W. Rodney. | paul.rodney@aporter.com |
| Thomas W. Stoever, Jr. | Thomas.stoever@aporter.com |
| James B. Vogts | jvogts@smbtrials.com |
| Andrew A. Lothson | alothson@smbtrials.com |
| Donald M. Chance, Jr. | Donald.mark@fmjlaw.com |
| Patrick J. Rooney | Patrick.rooney@fmjlaw.com |
| Peter A.T. Carlson | peter.carlson@fmjlaw.com |
| Ronald L. Wilcox | rwilcox@peterslaw.net |
| Bruce A. Montoya | bmontoya@messner.com |
| Phillip R. Zuber | pzuber@scblawyers.com |
| Lesley R. Farby | Lesley.farby@usdoj.gov |
| Michael A. Zee | m.andrew.zee@usdoj.gov |
| Jonathan E. Lowy | jlowy@bradymail.org |
| Kelly Sampson | ksampson@bradymail.org |

*s/ Lori D. Micucci*
Paralegal- Bruno, Colin & Lowe, P.C.

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

v.                                              Case No.

**Certificate of Interested Parties**

The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

(Attach additional pages if necessary.)

A-5  Entry of Appearance Form 10/09