# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

**Entry of Appearance and Certificate of Interested Parties**

| | |
|---|---|
| SANDY PHILLIPS, individually and as surviving parent, of Jessica Ghawi, decedent;<br><br>LONNIE PHILLIPS, individually and as surviving parent of Jessica Ghawi, decedent,<br><br>Appellants/Petitioners,<br><br>v.<br><br>LUCKY GUNNER d/b/a/ BULKAMMO.COM,<br>THE SPORTSMAN'S GUIDE,<br>BRIAN PLATT d/b/a/ BTP ARMS,<br>GOLD STRIKE E COMMERCE LLC d/b/a/<br>BULLETPROOFBODYARMORHQ.COM, and<br>JOHN DOES 1 through 10, unknown individuals,<br><br>Appellees/Respondents. | **Case No. 15-1153** |

**INSTRUCTIONS:** COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for The Sportsman's Guide
Party or Parties
Appellee                                                                                      , in the subject case.
Appellant/Petitioner or Appellee/Respondent

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify) as follows: **(Check one.)**

☒   On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

☐   There are no such parties, or any such parties have heretofore been disclosed to the court.

s/ Donald Chance Mark, Jr.                             s/ Patrick J. Rooney
Donald Chance Mark, Jr. (MN #67659) (Admitted in 10th Circuit Court of Appeals)    Patrick J. Rooney (MN #198274) (Admitted in 10th Circuit Court of Appeals)

**A-5**  Entry of Appearance Form 10/09

s/ Peter A. T. Carlson
Peter A. T. Carlson (MN #0350448) (Admitted in
10th Circuit Court of Appeals)


Donald Chance Mark, Jr. (MN #67659) (Admitted in 10th Circuit Court of Appeals)
Patrick J. Rooney (MN #198274) (Admitted in 10th Circuit Court of Appeals)
Peter A. T. Carlson (MN #0350448) (Admitted in 10th Circuit Court of Appeals)
Fafinski Mark & Johnson, P.A.
Flagship Corporate Center
775 Prairie Center Drive, Suite 400
Eden Prairie, MN  55344
Telephone:  (952) 995-9500
Facsimile:  (952) 995-9577
*donald.mark@fmjlaw.com*
*patrick.rooney@fmjlaw.com*
*peter.carlson@fmjlaw.com*



I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on May 7, 2015 via ECF Notice and U.S. Mail.

To:
    Thomas W. Stoever, Jr.
    Paul W. Rodney
    Arnold & Porter LLP
    370 Seventeenth Street, Suite 4400
    Denver, CO  80202
    *thomas.stoever@aporter.com*
    *paul.rodney@aporter.com*

    Jonathan E. Lowy
    Kelly Sampson
    Brady Center to Prevent Gun Violence
    840 First Street, NE, Suite 400
    Washington, DC  20005
    *jlowy@bradymail.org*
    *ksampson@bradymail.org*

    *Counsel for Appellant/Petitioner*

Marc F. Colin
Bruno, Colin & Lowe, P.C.
1999 Broadway, Suite 3100
Denver, CO 80202
*mcolin@brunolawyers.com*

James Vogts
Swanson, Martin & Bell, LLP
330 North Wabash, Suite 3300
Chicago, IL 60611
*jvogts@smbtrials.com*

*Counsel for Appellee/Respondent Lucky Gunner d/b/a* **BULKAMMO.COM**

Phillip R. Zuber
Sasscer, Clagett & Bucher
5407 Water Street, Suite 101
Upper Marlboro, MD 20772
*pzuber@scblawyers.com*

Bruce A. Montoya
Katherine E. Whitney
Messner Reeves, LLP
1430 Wynkoop St., Suite 300
Denver, CO 80202
*bmontoya@messner-reeves.com*

*Counsel for Appellee/Respondent Brian Platt d/b/a BTP Arms*

And I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on May 7, 2015 via U.S. Mail.

To:

Gold Strike E Commerce, LLC
d/b/a bulletproofbodyarmorhq.com
Christopher E. Russell, Agent for Service
1546 West Vine Ave.
Mesa, AZ 85202

*Pro Se Appellee/Respondent*

Dated:  May 7, 2015                                       s/ Peter A. T. Carlson
                                                          Peter A. T. Carlson

**A-5** Entry of Appearance Form 10/09

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Certificate of Interested Parties**

| | |
|---|---|
| SANDY PHILLIPS, individually and as surviving parent, of Jessica Ghawi, decedent;<br><br>LONNIE PHILLIPS, individually and as surviving parent of Jessica Ghawi, decedent,<br><br>Appellants/Petitioners,<br><br>v.<br><br>LUCKY GUNNER d/b/a/ BULKAMMO.COM,<br>THE SPORTSMAN'S GUIDE,<br>BRIAN PLATT d/b/a/ BTP ARMS,<br>GOLD STRIKE E COMMERCE LLC d/b/a/<br>BULLETPROOFBODYARMORHQ.COM, and<br>JOHN DOES 1 through 10, unknown individuals,<br><br>Appellees/Respondents. | **Case No. 15-1153** |

The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

**INTERESTED PARTY –**
**UNITED STATES OF AMERICA**

Joyce R. Branda, Acting Assistant Attorney General
John R. Tyler, Assistant Branch Director
M. Andrew Zee, Esq. (CA #272510)
United States Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave, Room 7-5395
San Francisco, CA  94102
Phone:  (415) 436-6646
Fax:  (415) 436-6632
*m.andrew.zee@usdoj.gov*

**INTERESTED PARTY –**
**ATTORNEY GENERAL FOR COLORADO**

John W. Suthers
Attorney General
Colorado Department of Law
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO  80203

**A-5**  Entry of Appearance Form 10/09

**THE SPORTSMAN'S GUIDE**

**Interested Party:**  Northern Tool and Equipment Catalog Company Inc.

**Trial Counsel:**
Ronald L. Wilcox
Peters Mair Wilcox
1755 Blake Street, Suite 240
Denver, CO  80202
Phone:  (303) 393-1704
*rwilcox@peterslaw.net*