**TRANSCRIPT ORDER FORM - DIRECTIONS ON THE REVERSE SIDE**

**PART I - To be completed by appellant within fourteen days of filing the notice of appeal**

Short Title: Phillips v. Lucky Gunner et al._____ District: Colorado_____
District Court Number: 14-cv-2822-RPM_____ Circuit Court Number: 15-1153_____
Name of Attorney: Thomas W. Stoever, Jr._____
       Name of Law Firm: Arnold & Porter LLP_____
       Address of Firm: 370 Seventeenth Street, Suite 4400_____
       Telephone of Firm: 303-863-1000___ Attorneys for: Appellants_____
Name of Court Reporter: _Kathy Terasaki_____ Telephone of Reporter: _n/a_____

**PART II - COMPLETE SECTION A OR SECTION B**
SECTION A - **I HAVE NOT ORDERED A TRANSCRIPT BECAUSE**
        [] A transcript is not necessary for this appeal, or
        [] The necessary transcript is already on file in District Court
        [] The necessary transcript was ordered previously in appeal
          number _____

**SECTION B - I HEREBY ORDER THE FOLLOWING TRANSCRIPT:**
(Specify the date and proceeding in the space below)
Voir dire:_____; Opening
Statements:_____;
Trial proceedings: _____; Instruction
Cnf:_____;
Jury Instructions: _____; Closing Arguments: _____;
Post Trial Motions: _____; Other Proceedings: 3/16/15 Hearing on Motion to Dismiss.
(Attach additional pages if necessary)

[X] **Appellant will pay the cost of the transcript.**
**My signature on this form is my agreement to pay for the transcript ordered on this form.**

[] **This case is proceeding under the Criminal Justice Act.**
**NOTE:** Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. *See* 28 U.S.C. §753(f).

**CERTIFICATE OF COMPLIANCE**
I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the **court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit.** I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the court reporter(s).

Signature of Attorney/Pro Se: s/ Thomas W. Stoever, Jr._____ Date: May 12, 2015_____

**PART III - TO BE COMPLETED BY THE COURT REPORTER**
     Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S. District Court.

Date arrangements for payment completed: _____
Estimated completion date: _____
Estimated number of pages: _____
I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been made.

Signature of Court Reporter: _____ Date:_____

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 12, 2015 a copy of the foregoing **TRANSCRIPT ORDER FORM** was filed and served via CM-ECF on:

| | |
|---|---|
| The Clerk of the U.S. District Court<br>Alfred A. Arraj United States Courthouse<br>901 19th St A105<br>Denver, CO 80294 | The Clerk of the U.S. Court of Appeals for the Tenth Circuit<br>Byron White United States Courthouse<br>1823 Stout Street<br>Denver, Colorado 80257 |
| Marc Colin<br>Bruno, Colin & Lowe, P.C.<br>1999 Broadway, Suite 3100<br>Denver, Colorado 80202<br>(303) 831-1099<br>(303) 831-1088 FAX<br>MColin@brunolawyers.com<br><br>Andrew A. Lothson<br>James B. Vogts<br>Swanson, Martin & Bell, LLP<br>330 North Wabash, Suite 3300<br>Chicago, IL 60611<br>(312) 321-9100<br>(312) 321-0990 FAX<br>alothson@smbtrials.com<br>jvogts@smbtrials.com<br><br>***Attorneys for Defendant LuckyGunner, LLC*** | Peter A. T. Carlson*<br>Donald Chance Mark, Jr.*<br>Patrick J. Rooney*<br>Flagship Corporate Center<br>775 Prairie Center Drive, Suite 400<br>Eden Prairie, MN 55344<br>(952) 995-9500<br>peter.carlson@fmjlaw.com<br>donald.mark@fmjlaw.com<br>patrick.rooney@fmjlaw.com<br>*Admitted in Dist. of Colorado<br><br>***Attorneys for The Sportsman's Guide, Inc.*** |
| Phillip R. Zuber, Esquire<br>5407 Water Street, Suite 101<br>Upper Marlboro, MD 20772<br>(301) 627-5500<br>(301) 627-4156 Fax<br>pzuber@scblawyers.com<br><br>Bruce A. Montoya, Esq., Bar No. 14233<br>Messner Reeves LLP<br>1430 Wynkoop Street, Suite 300<br>Denver, Colorado 80202<br>303-623-1800<br>bmontoya@messner.com<br><br>***Attorney for Defendant Brian Platt, d/b/a BTP Arms*** | M. Andrew Zee (CA # 272510)<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>450 Golden Gate Avenue, Room 7-5395<br>San Francisco, CA 94102<br>Telephone: (415) 436-6646<br>Fax: (415) 436-6632<br>E-mail: m.andrew.zee@usdoj.gov<br><br>***Attorney for Intervenor United States of America*** |

/s/ Rebecca A. Golz