# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

### Entry of Appearance and Certificate of Interested Parties

Phillips
v.
Lucky Gunner, *et al.*

Case No. 15-1153

**INSTRUCTIONS: COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for
__Sandy Phillips and Lonnie Phillips__
Party or Parties
__Appellants/Petitioners__, in the subject case(s).
Appellant/Petitioner or Appellee/Respondent

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows: **(Check one.)**

☑ On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

☐ There are no such parties, or any such parties have heretofore been disclosed to the court.

__Jonathan Lowy__
Name of Counsel

_____
Name of Counsel

__/s/ Jonathan Lowy__
Signature of Counsel

_____
Signature of Counsel

THE BRADY CENTER TO PREVENT GUN VIOLENCE
840 First Street, NE, Suite 400
Washington, DC 20002
(202) 370-8104
Mailing Address and Telephone Number

_____
Mailing Address and Telephone Number

jlowy@bradymail.org
E-Mail Address

_____
E-Mail Address

**A-5**  Entry of Appearance Form 10/09

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

Sandy Phillips, *et al.*
v.
Lucky Gunner, *et al.*

Case No. 15-1153

**Certificate of Interested Parties**

The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

**Attorneys for Plaintiffs-Appellants:**

Kelly Sampson
Brady Center to Prevent Gun Violence
840 First Street, NE, Suite 400
Washington, DC 20005

**Defendant-Appellee, Gold Strike E Commerce, LLC d/b/a bulletproofbodyarmorhq.com:**

Christopher E. Russell, Agent for Service
1546 West Vine Ave.
Mesa, AZ 85202

**United States of America:**

Joyce R. Branda, Acting Assistant Attorney General
John R. Tyler, Assistant Branch Director
M. Andrew Zee, Esq. (CA #272510)
United States Department of Justice Civil Division,
Federal Programs Branch
450 Golden Gate Ave, Room 7-5395
San Francisco, CA 94102

**Attorney General of Colorado:**

John W. Suthers
Attorney General
Colorado Department of Law
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203

**A-5** Entry of Appearance Form 10/09

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on May 12, 2015 via CM/ECF on :

| | |
|---|---|
| Marc F. Colin<br>Bruno, Colin & Lowe, P.C.<br>1999 Broadway, Suite 4300<br>Denver, Colorado 80202<br>(303) 831-1099<br>MColin@brunolawyers.com<br><br>Andrew A. Lothson<br>James B. Vogts<br>Swanson, Martin & Bell, LLP<br>330 North Wabash, Suite 3300<br>Chicago, IL 60611<br>(312) 321-9100<br>alothson@smbtrials.com<br>jvogts@smbtrials.com<br><br>***Attorneys for Defendant LuckyGunner, LLC*** | Peter A. T. Carlson<br>Donald Chance Mark, Jr.<br>Patrick J. Rooney<br>Fafinski Mark & Johnson, P.A.<br>Flagship Corporate Center<br>775 Prairie Center Drive, Suite 400<br>Eden Prairie, MN 55344<br>(952) 995-9500<br>peter.carlson@fmjlaw.com<br>donald.mark@fmjlaw.com<br>patrick.rooney@fmjlaw.com<br><br>***Attorneys for The Sportsman's Guide, Inc.*** |
| Phillip R. Zuber<br>5407 Water Street, Suite 101<br>Upper Marlboro, MD 20772<br>(301) 627-5500<br>pzuber@scblawyers.com<br><br>Bruce A. Montoya<br>Katherine E. Whitney<br>Messner Reeves LLP<br>1430 Wynkoop Street, Suite 300<br>Denver, Colorado 80202<br>(303) 623-1800<br>bmontoya@messner.com<br>kwhitney@messner.com<br><br>***Counsel for Defendant Brian Platt, d/b/a BTP Arms*** | |

                                                    /s/ Rebecca A. Golz