# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## Entry of Appearance and Certificate of Interested Parties

| | |
|---|---|
| SANDY PHILLIPS, et al.,<br>Plaintiffs-Appellants,<br><br>v.<br>LUCKY GUNNER LLC, et al.,<br>Defendants-Appellees.<br><br>---<br><br>UNITED STATES OF AMERICA,<br>Intervenor. | Case No. 15-1153 |

**INSTRUCTIONS:** COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for _____United States of America_____
Party or Parties
_____Intervenor/Appellee_____, in the subject case(s).
Appellant/Petitioner or Appellee/Respondent

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows: **(Check one.)**

[X] On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

[ ] There are no such parties, or any such parties have heretofore been disclosed to the court.

| | |
|---|---|
| Tara S. Morrissey<br>Name of Counsel | Mark B. Stern<br>Name of Counsel |
| /s/ Tara S. Morrissey<br>Signature of Counsel | /s/ Mark B. Stern<br>Signature of Counsel |
| 950 Pennsylvania Ave NW; Washington, DC 20530<br>202-353-9018<br>Mailing Address and Telephone Number | 950 Pennsylvania Ave NW; Washington, DC 20530<br>202-514-5089<br>Mailing Address and Telephone Number |
| tara.s.morrissey@usdoj.gov<br>E-Mail Address | Mark.Stern@usdoj.gov<br>E-Mail Address |

**A-5**  Entry of Appearance Form 10/09

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on June 11, 2015, via the CM/ECF System to all CM/ECF-registered counsel, and via U.S. Mail to the following:

Bruce A. Montoya
Messner & Reeves
1430 Wynkoop Street, Suite 300
Denver, CO 80202

Kelly Sampson
The Brady Center to Prevent Gun Violence
840 First Street, NE Suite 400
Washington, DC 20002

/s/ Tara S. Morrissey
(Signature)

**A-5**  Entry of Appearance Form 10/09

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| SANDY PHILLIPS, et al.,<br>Plaintiffs-Appellants,<br><br>v.<br>LUCKY GUNNER LLC, et al.,<br>Defendants-Appellees.<br><br>UNITED STATES OF AMERICA,<br>Intervenor. | Case No. 15-1153 |

**Certificate of Interested Parties**

The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

    Benjamin C. Mizer
    Joyce R. Branda
    John F. Walsh
    Diane Kelleher
    Lesley Rebecca Farby
    Michael Andrew Zee

    U.S. Department of Justice