CIRCUIT MEDIATION OFFICE

# UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

**DAVID W. AEMMER**
CHIEF CIRCUIT MEDIATOR

TELEPHONE 303-844-6017
FACSIMILE 303-844-6437

**KYLE ANN SCHULTZ**
CIRCUIT MEDIATOR

July 17, 2015

Jonathan Elias Lowy, Esq.
Brady Center to Prevent Gun Violence
Legal Action Project
1225 Eye Street, NW, Suite 1100
Washington, DC  20005

Paul Rodney, Esq.
Arnold & Porter
370 17th Street, Suite 4400
Denver, CO  80202

Tara S. Morrissey, Esq.
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530

Ronald L. Wilcox, Esq.
Peters Mair Wilcox
1755 Blake Street, Suite 240
Denver, CO  80202

Donald Chance Mark Jr., Esq.
Fafinski Mark & Johnson
775 Prairie Center Drive, Suite 400
Eden Prairie, MN  55344

Marc F. Colin, Esq.
Bruno, Colin & Lowe
1999 Broadway, Suite 3100
Denver, CO  80202

James Vogts, Esq.
Swanson, Martin & Bell
330 North Wabash Avenue, Suite 3300
Chicago, IL  60611

Bruce A. Montoya, Esq.
Messner & Reeves
1430 Wynkoop Street, Suite 300
Denver, CO 80202

Phillip Robert Zuber, Esq.
Sasscer Clagett & Bucher
5407 Water Street, Suite 101
Upper Marlboro, MD  20772

RE:  No. 15-1153 – Sandy Phillips, et al. v. Lucky Gunner LLC, et al.

### MEDIATION CONFERENCE NOTICE

Dear Counsel:

Pursuant to Rule 33.1, Rules of the Tenth Circuit, a mediation conference has been scheduled in this case. This office will initiate a **TELEPHONE CONFERENCE CALL** on Wednesday, August 05, 2015 at 10:00 AM, **MOUNTAIN DAYLIGHT TIME**. Please allow at least two hours for the conference.

The purposes of the conference are to explore any possibilities for settlement and to resolve procedural problems. Counsel are expected to have consulted with their clients prior to the conference and to have as much authority as feasible regarding settlement and case management matters.

Counsel addressed above are understood to be the lawyers with primary responsibility for this case. Please contact this office **BY TELEPHONE IMMEDIATELY** if we need to notify different or additional lawyers or if you need to have the conference rescheduled because of an unavoidable conflict.

Participation in the conference by cell phone is not permitted.

Sincerely,

Denise McClure
Conference Administrator