No. 15-1153

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

_____

SANDY PHILLIPS et al.,

Appellants,

v.

LUCKYGUNNER LLC et al.,

Appellees.

**APPELLANTS' VOLUNTARY MOTION TO DISMISS APPEAL**

Pursuant to Federal Rule of Appellate Procedure 42(b) and Tenth Circuit Rule 27.3, Appellants Sandy Phillips and Lonnie Phillips hereby move to dismiss this appeal. Appellees do not oppose this motion and the parties have agreed that each party shall bear its own costs on appeal.

Dated: July 20, 2015

Respectfully submitted,

s/ Thomas W. Stoever, Jr.

Thomas W. Stoever, Jr.
ARNOLD & PORTER LLP
370 Seventeenth St., Suite 4400
Denver, CO 80202
(303) 863-1000
Email: Thomas.Stoever@aporter.com

## CERTIFICATE OF DIGITAL SUBMISSION

In accordance with the court's CM/ECF User's Manual, I hereby certify that there are no required privacy redactions to be made in this motion. In addition, I certify that the hard copies of this pleading that may be required to be submitted to the court are exact copies of the ECF filing, and the digital submission has been scanned for viruses with the most recent version of the commercial virus scanning program Sophos Endpoint Security and Control Version 10.3 and, according to the program, is free of viruses.

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2015, I electronically filed the foregoing motion with the Clerk of Court for the United States Court of Appeals for the Tenth Circuit by using the appellate CM/ECF system and that the foregoing was served via the CM/ECF system to all CM/ECF-registered counsel.


Dated: July 20, 2015

By:     s/ Linda J. Teater