FILED
United States Court of Appeals
Tenth Circuit

July 21, 2015

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| SANDY PHILLIPS, individually and as surviving parent of Jessica Ghawi, decedent; LONNIE PHILLIPS, individually and as surviving parent of Jessica Ghawi, decedent,<br><br>    Plaintiffs - Appellants,<br><br>v.<br><br>LUCKY GUNNER LLC, d/b/a Bulkammo.com; THE SPORTMAN'S GUIDE; BRIAN PLATT, d/b/a BTP Arms; GOLD STRIKE E COMMERCE LLC, and John Does 1 through 10, unknown individuals, d./b/a Bulletproofbodyarmorhq.com,<br><br>    Defendants - Appellees.<br>───────────────<br>UNITED STATES OF AMERICA,<br><br>    Intervenor. | No. 15-1153<br>(D.C. No. 1:14-CV-02822-RPM) |

_____

**ORDER**

_____

In accordance with 10th Cir. R. 33.1, Rules of the Tenth Circuit, and upon consideration of the motion for voluntary dismissal of the above-captioned appeal, this appeal is dismissed. *See* Fed. R. App. P. 42(b).

Each party will bear their own costs on appeal. A copy of this order will stand as the mandate of the court.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk